# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**TERRELLE A. TULLIS,**

    **Plaintiff,**

**v.**                                                               **Case No. 4:19-cv-221-AW-HTC**

**MARK S. INCH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 25, 2019 (ECF No. 10). There have been no objections filed. I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The Magistrate Judge's Report and Recommendation (ECF Doc. 10) is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Defendants Kirkland, Inch, and Strong are DISMISSED without prejudice under 28 U.S.C. § 1915A(b)(1) and § 1915(e)(2)(B)(ii), for Plaintiff's failure to state a claim on which relief may be granted.

3. The clerk is directed to terminate Kirkland, Inch, and Strong as defendants in this action.

SO ORDERED on December 2, 2019.

                                                s/ *Allen Winsor*
                                                United States District Judge